1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARY CASTRO, | ) Case No.: 1:20-cv-01706- JLT |
| Plaintiff, | ) |
| | ) ORDER DIRECTING PLAINTIFF TO FILE AN |
| v. | ) AMENDED MOTION TO PROCEED IN FORMA |
| | ) PAUPERIS |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |
| | ) |

Rose Mary Castro seeks to proceed *in forma pauperis* in this action for judicial review of the administrative decision denying an application for Social Security benefits.  (Doc. 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor."  28 U.S.C. § 1915(a).  Plaintiff completed an application and affidavit on November 23, 2020.  (Doc. 2)  However, the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to his application, Plaintiff was last employed in 2013.  (Doc. 2 at 1)  Plaintiff indicates that she has not received any additional money from pension, disability payments, gifts, or any other sources.  (*Id.*)  Further, Plaintiff indicates she does not have cash, a checking account, or savings account.  (*Id.* at 2)  Finally, Plaintiff noted she does not have any real estate, stocks, or financial instruments. (*Id.*)  Given the lack of information provided regarding Plaintiff's finances, the

Court is unable to determine whether Plaintiff is dependent upon another—such as a spouse or parent—who may pay the filing fee in this action.

Therefore, within 21 days, Plaintiff SHALL file an application that includes additional information regarding how Plaintiff is supporting herself, or her dependence on another. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*.  Plaintiff is warned that failure to comply with this order may result in denial of the application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **December 7, 2020**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE