**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSE MARY CASTRO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:20-cv-1706 JLT <br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME <br><br> (Doc. 16) |

On October 26, 2021, Plaintiff filed a stipulation of the parties for Plaintiff to have an extension of 66 days to file a motion for summary judgment. (Doc. 16.) Plaintiff's counsel reports the extension is necessary due to an increased workload, as well as "preplanned vacations for the Thanksgiving and Christmas holidays." (*Id.* at 1-2.) Notably, this is the first request for an extension, and it does not appear either party will suffer prejudice from the delay. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 16) is **GRANTED**; and
2. Plaintiff **SHALL** file a motion for summary judgment no later than **January 6, 2022**.

IT IS SO ORDERED.

Dated:  **October 27, 2021**          **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE